UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

Nos. 11-3813 and 11-3814
_____

INTERFAITH COMMUNITY ORGANIZATION;
LAWRENCE BAKER; MARTHA WEBB HERRING;
MARGARET WEBB; WINSTON CLARKE; MARGARITA
NAVAS;
HACKENSACK RIVERKEEPER, INC.; WILLIAM
SHEEHAN

v.

HONEYWELL INTERNATIONAL, INC, F/K/A
Alliedsignal, Inc;
RONED REALTY OF JERSEY CITY, INC.; RONED
REALTY OF UNION CITY, INC.; W.R. GRACE & CO;
ECARG INC; W.R. GRACE LTD;
*KELLOGG STREET 80 PROPERTY; *KELLOGG
STREET
440 PROPERTY, LLC.; *KELLOGG STREET 60
PROPERTY, LLC

Honeywell International, Inc., Kellogg Street 80 Property,
LLC,
Kellogg Street 440 Property, LLC, Kellogg Street 60
Property, LLC

Appellants in No. 11-3913

*(Pursuant to Fed. R. App. P. 12(a))
_____

JERSEY CITY MUNICIPAL UTILITIES AUTHORITY;
ELIZABETH ROSARIO; RAFAEL ROSARIO;
HACKENSACK RIVERKEEPER, INC.; WILLIAM
SHEEHAN;
WINSTON CLARKE; LAWRENCE BAKER;
JERSEY CITY INCINERATOR AUTHORITY

v.

HONEYWELL INTERNATIONAL INC; PAUL TRENK;
STEVE GALLO;
BOB CIASULLI; DEGEN OIL AND CHEMICAL CO;
INLAND SOUTHEAST JERSEY CITY, LLC;
KELLOGG STREET 60 PROPERTY, LLC;
KELLOGG STREET 80 PROPERTY, LLC;
KELLOGG STREET 440 PROPERTY, LLC;
100 KELLOGG STREET, LLC; NEW JERSEY CITY
UNIVERSITY;
JERRAMIAH T. HEALY;
OREN DABNEY, In his official capacity as Director of
Jersey City Incinerator Authority; JOHN YURCHAK, In his
official capacity as Director of
Jersey City Department of Public Works; DANIEL BECHT,
Executive Director of
Jersey City Municipal Utilities Authority;
BAYONNE MUNICIPAL UTILITIES AUTHORITY;
CARLOS M. HERNANDEZ, In his official capacity as
President of New Jersey City University

Honeywell International, Inc., Kellogg Street 80 Property,
LLC,
Kellogg Street/440 Property, LLC, Kellogg Street 60
Property, LLC,

                  Appellants in 11-3814
_____

On Appeal from the United States District Court
for the District of New Jersey
(Civil Action Nos. 95-2097 & 05-5955)
District Judge: Honorable Dennis M. Cavanaugh
_____

Argued December 20, 2012

Before:   McKEE, *Chief Judge*, SLOVITER and
             VANASKIE, *Circuit Judges*

(Filed: July 8, 2013 )


Lisa S. Blatt, Esq. [ARGUED]
Michael D. Daneker

Dirk C. Phillips
R. Stanton Jones
Arnold & Porter
555 12th Street, N.W.
Washington, D.C. 20004
        *Counsel for Appellants*

Bruce J. Terris
Carolyn Smith Pravlick, Esq. [ARGUED]
Michelle Weaver
Terris, Pravlik & Millian, LLP
1121 12th Street, N.W.
Washington, D.C. 20005-4632
        *Counsel for Appellees*

_____

ORDER AMENDING OPINION
_____


VANASKIE, *Circuit Judge.*

IT IS NOW ORDERED that the above-captioned opinion be amended as follows:

On page 31 of the Court's Opinion, the phrase "because review of this issue is barred by collateral estoppel" shall be deleted.

This amendment does not change the date of filing (July 8, 2013).


/s/ Thomas I. Vanaskie
Circuit Judge

DATED: July 11, 2013